IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP VERGES, JAMES D. TILTON, JR., ROBERT F. MALIN, LINDA MALIN, and BLUE CITI, LLC,<br><br>Defendants,<br><br>SMEA2Z, LLC, 143 PARTNERS LLC, WEST CUCHARRAS, LLC, and JDT TRADING, LLC,<br><br>Relief Defendants. | Case No.: 3:23:cv-02146-D |

**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO THE RELIEF
REQUESTED IN DEFENDANT PHILIP VERGES'S MOTION TO STAY
AND DEFENDANTS BLUE CITI LLC, ROBERT F. MALIN,
AND LINDA MALIN'S MOTION TO STAY**

Plaintiff Securities and Exchange Commission (the "Commission") files this notice of non-opposition to the relief requested in Defendant Philip Verges's ("Verges") Motion to Stay [Dkt. No. 51] ("Verges Motion") and Defendants Blue Citi, LLC, Robert F. Malin, and Linda Malin's (collectively, "Blue Citi Defendants") Motion to Stay [Dkt. No. 52] ("Blue Citi Motion").

The Commission respectfully suggests that, if granted, any order concerning the Verges Motion or the Blue Citi Motion require Verges and the Blue Citi Defendants to notify the Court and counsel of record in writing within five (5) days of any order or judgment concluding *United States v. Verges*, No. 3:24-cr-00551-E (N.D. Tex.).

1

| | |
|---|---|
| Dated: January 13, 2025 | Respectfully submitted,<br><br> /s/ Jason P. Reinsch<br>Jason P. Reinsch<br>Texas Bar No. 24040120<br>Patrick Disbennett<br>Texas Bar No. 24094629<br>United States Securities and Exchange Commission<br>Fort Worth Regional Office<br>801 Cherry Street, Suite 1900<br>Fort Worth, Texas 76102<br>(817) 900-2601 (phone)<br>(817) 978-4927 (facsimile)<br>reinschj@sec.gov<br>disbennettpa@sec.gov<br><br>ATTORNEYS FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 13, 2025, I electronically filed the foregoing via the Court's CM/ECF filing system, which will send a notice of electronic filing to all CM/ECF participants. I further certify that I served a true and correct copy of the foregoing document and the notice of electronic filing via electronic mail on all non-CM/ECF parties and/or their counsel as detailed below:

| | |
|---|---|
| Paul Coggins<br>Locke Lord LLP<br>2200 Ross Ave, Suite 2800<br>Dallas, TX 75201<br>pccoggings@lockelord.com<br>Counsel for Defendants 143 Partner, LLC, SMEA2Z, LLC, Philip Verges, and West Cucharras | Mark David Hunter<br>2 Alhambra Plaza, Suite 650<br>Coral Gables, Florida 33134<br>mhunter@htflawyers.com<br>Counsel for Defendants Blue Citi, LLC, Linda Malin and Robert Malin |
| Russell D. Duncan<br>Clark Hill<br>1001 Pennsylvania Ave. N.W., Suite 1300 South, Washington, DC 20004<br>rduncan@clarkhill.com<br>Counsel for Defendants JDT Trading, LLC and James D. Tilton, Jr. | |

                                                 */s/Jason P. Reinsch*
                                                 JASON P. REINSCH